CLOSED

# U.S. District Court
## Western District of North Carolina (Charlotte)
### CIVIL DOCKET FOR CASE #: 3:05-cv-00256

| | |
|---|---|
| A. Arenson Holdings, Ltd. et al v. Shamrock Holdings of California, Inc. et al | Date Filed: 06/02/2005 |
| | Jury Demand: Both |
| Assigned to: Graham Mullen | Nature of Suit: 160 Stockholders Suits |
| Cause: 28:1332 Diversity - Stockholders Suits | Jurisdiction: Diversity |

**Plaintiff**

**A. Arenson Holdings, Ltd.**     represented by     **Russ A Brinson**
Cozen & O'Conner
Cozen O`Connor
301 South College Street
Suite 2100
Charlotte, NC 28202
704-376-3400
Fax: 704-334-3351
Email: rbrinson@cozen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Wood, IV**
Neuberger, Quinn, Gielan, Rubin & Gibber
One South St., 27th Floor
Baltimore, MD 21202-3282
US
410/332-8523
Fax: 410/332-8564
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy L. Eggleston**
Cozen & O'Conner
One Wachovia Center, Suite 2100
301 S. College St.
Charlotte, NC 28202
704-376-3400
Fax: 704-334-3351
Email: teggleston@cozen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D.A. Gardens, Ltd.**     represented by     **Russ A Brinson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Wood, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy L. Eggleston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J12ALH Associates**  represented by  **Russ A Brinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Wood, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy L. Eggleston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Selk, LLC**  represented by  **Russ A Brinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Wood, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy L. Eggleston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurel Equity Group, LLC**  represented by  **Russ A Brinson**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Thomas M. Wood, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy L. Eggleston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Shamrock Holdings of California, Inc.** represented by **Elizabeth Brooks Scherer**
Smith Moore LLP
2800 Two Hannover Square
P.O. Box 27525 (27611)
Raleigh, NC 27601
US
919 755-8790
Fax: 919 838-3129
Email: beth.scherer@smithmoorelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Donald Cowan, Jr.**
Smith Moore LLP
300 North Greene Street
Suite 1400
Greensboro, NC 27401
336-378-5329
Fax: 336-433-7485
Email: Don.Cowan@smithmoorelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela Jarvis**
Gregory P. Joseph Law Offices LLC
805 Third Ave., 31st Floor
New York, NY 10022
US
212/407-1200
Fax: 212/407-1299
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Sandra M. Lipsman**<br>Gregory P. Joseph Law Offices LLC<br>805 Third Ace., 31st Floor<br>New York, NY 10022<br>US<br>212/ 407-1200<br>Fax: 212/ 407-1299<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| Shamrock Capital Advisors, Inc. | represented by | **Elizabeth Brooks Scherer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**J. Donald Cowan, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Pamela Jarvis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sandra M. Lipsman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| Eugene I. Krieger | represented by | **Elizabeth Brooks Scherer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**J. Donald Cowan, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Pamela Jarvis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sandra M. Lipsman**<br>(See above for address)<br>*LEAD ATTORNEY* |
|---|---|---|

*ATTORNEY TO BE NOTICED*

**Defendant**

**George J. Buchler**     represented by     **Elizabeth Brooks Scherer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Donald Cowan, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela Jarvis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sandra M. Lipsman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce J. Stein**     represented by     **Elizabeth Brooks Scherer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Donald Cowan, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela Jarvis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sandra M. Lipsman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2005 | 1 | COMPLAINT against all defendants ( Filing fee $ 250.00 receipt number 32374.), filed by Laurel Equity Group, LLC, A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, Selk, LLC. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Civil Cover Sheet)(Basile, Antonietta) (Entered: 06/08/2005) |
| 06/02/2005 | 2 | Summons Issued as to Shamrock Holdings of California, Inc.(Basile, Antonietta) (Entered: 06/08/2005) |
| 06/02/2005 | 3 | Summons Issued as to Shamrock Capital Advisors, Inc. (Basile, Antonietta) (Entered: 06/08/2005) |
| 06/02/2005 | 4 | Summons Issued as to Eugene I. Krieger. (Basile, Antonietta) (Entered: 06/08/2005) |
| 06/02/2005 | 5 | Summons Issued as to George J. Buchler. (Basile, Antonietta) (Entered: 06/08/2005) |
| 06/02/2005 | 6 | Summons Issued as to Bruce J. Stein. (Basile, Antonietta) (Entered: 06/08/2005) |
| 07/12/2005 | 7 | MOTION for Extension of Time to and including 9/2/05 to File Answer by Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, Bruce J. Stein. (Attachments: # 1 Text of Proposed Order)(Cochran, Candace) (Entered: 07/21/2005) |
| 07/22/2005 | 8 | ORDER granting 7 Motion for Extension of Time to Answer Shamrock Holdings of California, Inc. answer due 9/2/2005; Shamrock Capital Advisors, Inc. answer due 9/2/2005; Eugene I. Krieger answer due 9/2/2005; George J. Buchler answer due 9/2/2005; Bruce J. Stein answer due 9/2/2005. . Signed by Judge Carl Horn III on 7/22/05. (Wallace, Betsy) (Entered: 07/22/2005) |
| 08/05/2005 | 9 | SUMMONS Returned Executed by Laurel Equity Group, LLC, A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, Selk, LLC. (Wallace, Betsy) (Entered: 08/12/2005) |
| 09/02/2005 | 10 | Corporate Disclosure Statement by Shamrock Holdings of California, Inc.. (Cowan, J.) Additional attachment(s) added on 9/6/2005 (Evans, Tammy). (Entered: 09/02/2005) |
| 09/02/2005 | 11 | MOTION to Dismiss *or Transfer* by Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, Bruce J. Stein. Responses due by 9/16/2005 (Cowan, J.) (Entered: 09/02/2005) |
| 09/02/2005 | 12 | DECLARATION of George J. Buchler re 11 MOTION to Dismiss *or Transfer* filed by Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, Bruce J. Stein. (Cowan, J.) (Entered: 09/02/2005) |
| 09/02/2005 | 13 | DECLARATION of Pamela Jarvis *re 11 Motion to Dismiss or Transfer* filed by Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, Bruce J. Stein. (Cowan, J.) (Attachment #1 Index of Exhibits added on 9/6/2005) (Barton, Elizabeth). Additional attachment(s) added on 9/26/2005 (Wallace, Betsy). Additional attachment(s) added on 9/27/2005 (Wallace, Betsy). Additional attachment(s) added on 9/27/2005 (Wallace, Betsy). |

| | | |
|---|---|---|
| | | Additional attachment(s) added on 9/27/2005 (Wallace, Betsy). Additional attachment(s) added on 9/27/2005 (Wallace, Betsy). Additional attachment(s) added on 9/27/2005 (Wallace, Betsy). Additional attachment(s) added on 9/27/2005 (Wallace, Betsy). (Entered: 09/02/2005) |
| 09/02/2005 | | Appendix by Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, Bruce J. Stein. Appendix re: 13 Declaration *Index of Exhibits to Jarvis Declaration*. (Cowan, J.) Modified on 9/6/2005 (Barton, Elizabeth). "ERROR: DOCKETED AS SEPARATE DOCUMENT" (Entered: 09/02/2005) |
| 09/02/2005 | 15 | MEMORANDUM in Support re 11 MOTION to Dismiss *or Transfer* filed by Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, Bruce J. Stein. (Cowan, J.) (Entered: 09/02/2005) |
| 09/02/2005 | | NOTICE OF DOCKET CORRECTION re: 13 Declaration of Pamela Jarvis; Error: Index of Exhibits filed as a separate document; Correction: Index of Exhibits attached to the appropriate Declaration by Court (Barton, Elizabeth) (Entered: 09/06/2005) |
| 10/13/2005 | 16 | NOTICE of Appearance by Tracy L. Eggleston on behalf of all plaintiffs (Eggleston, Tracy) (Entered: 10/13/2005) |
| 10/13/2005 | 17 | MEMORANDUM in Opposition re 11 MOTION to Dismiss *or Transfer* filed by Laurel Equity Group, LLC, A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, Selk, LLC. (Attachments: # 1 Exhibit 12/18/02 Email fr Arenson to Krieger/Buchler# 2 Exhibit 08/27/04 Email fr Jarvis to Neuberger# 3 Exhibit 03/27/03 Email fr Buchler to Arenson# 4 Exhibit 07/26/04 Fax fr Jarvis to Neuberger)(Eggleston, Tracy) (Entered: 10/13/2005) |
| 10/13/2005 | | Proposed document submitted to Judge Carl Horn. (Eggleston, Tracy) (Entered: 10/13/2005) |
| 11/09/2005 | | Case Reassigned to Judge Graham Mullen due to refusal to consent to magistrate. Judge Carl Horn, III no longer assigned to the case. (MacEwan, Cathy) (Entered: 11/09/2005) |
| 11/10/2005 | 18 | ANSWER to Complaint with Jury Demand by Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, Bruce J. Stein.(Cowan, J.) (Entered: 11/10/2005) |
| 11/14/2005 | 19 | REPLY to Response to Motion re 11 MOTION to Dismiss *or Transfer* filed by Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, Bruce J. Stein. (Cowan, J.) (Entered: 11/14/2005) |
| 11/14/2005 | 20 | DECLARATION of George J. Buchler re 19 Reply to Response to Motion *to Dismiss or Transfer* filed by Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, Bruce J. Stein. (Cowan, J.) (Entered: 11/14/2005) |

| | | |
|---|---|---|
| 11/14/2005 | 21 | DECLARATION of Pamela Jarvis re 19 Reply to Response to Motion *to Dismiss or Transfer* filed by Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, Bruce J. Stein. (Cowan, J.) (Entered: 11/14/2005) |
| 11/22/2005 | 22 | ORDER re: 11 Motion to Dismiss. This case is transferred to the District of Delaware for consolidation with 04-1339-SLR. Signed by Judge Graham Mullen on 11/22/05. (MacEwan, Cathy) (Entered: 11/22/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/31/2006 10:50:07 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-00256 |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |