%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN  District of  NORTH CAROLINA

A. Arenson Holdings, Ltd., D.A. Gardens, Ltd.,
J12ALH Associates, Selk, LLC, Laurel Equity
Group, LLC

V.

Shamrock Holdings, of California, Inc., Shamrock
Capital Advisors, Inc, Eugene II. Krieger, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv256-H

TO: (Name and address of Defendant)

Eugene I. Krieger
4444 Lakeside Drive
Burbank, CA 91505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Russ A. Brinson
Cozen O'Connor
One Wachovia Center, Suite 2100
301 South College St.
Charlotte, NC 28202

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**FRANK G. JOHNS**  6/2/05

CLERK  DATE

_S. Barber_

(By) DEPUTY CLERK