§AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of NORTH CAROLINA

A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, Selk, LLC, Laurel Equity Group, LLC

V.

Shamrock Holdings, of California, Inc., Shamrock Capital Advisors, Inc, Eugene II. Krieger, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05CV256-H

TO: (Name and address of Defendant)

George J. Buchler
4444 Lakeside Drive
Burbank, CA 91505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Russ A. Brinson
Cozen O'Connor
One Wachovia Center, Suite 2100
301 South College St.
Charlotte, NC 28202

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

FRANK G. JOHNS                                          6/2/05

CLERK                                                    DATE

S Buchler

(By) DEPUTY CLERK