JUL 1 2 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:05CV256-H

| | |
|---|---|
| A. ARENSON HOLDINGS, LTD., D.A. GARDENS, LTD., J12ALH ASSOCIATES, SELK, LLC and LAUREL EQUITY GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN,<br><br>Defendants. | **CONSENT MOTION FOR EXTENSION OF TIME** |

NOW COME defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein, by and through counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and LR 7.1 and 7.2, and respectfully request an extension to and including 2 September 2005, within which to answer, move or otherwise respond to plaintiffs' Complaint.

In support of this motion, defendants show to the Court that plaintiffs' Complaint was filed 2 June 2005, that the parties stipulate that defendants were served with plaintiffs' Complaint on 24 June 2005, that the time for defendants to file an answer, motion or other response has not yet expired, and that defendants reasonably require additional time in which to adequately and fully prepare their response. Defendants expressly preserve all defenses and objections with respect to the Complaint, including but not limited to defenses and objections under Rule 12(b) of the Federal Rules of Civil Procedure. Additionally, defendants have

consulted with counsel for plaintiffs regarding this motion, and plaintiffs' counsel consent to the requested extension.

The parties have further agreed that plaintiffs shall have until 14 October 2005 to file their opposition papers and defendants shall have until 14 November 2005 to file their reply papers.

WHEREFORE, defendants respectfully request that the time within which they are required to serve an answer, motion or other response to the Complaint in this action be extended to and including 2 September 2005, that plaintiffs shall have until 14 October 2005 to file their opposition papers, and that defendants shall have until 14 November 2005 to file their reply papers. A proposed order is submitted with this motion.

This the 12th day of July, 2005.

                                           J. Donald Cowan, Jr.
                                           N.C. State Bar No. 0968
                                           Attorney for Defendants

OF COUNSEL:

SMITH MOORE LLP
P.O. Box 21927 (27420)
300 North Greene Street, Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400

GREGORY P. JOSEPH LAW OFFICES LLC
Pamela Jarvis
805 Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1250
Facsimile: (212) 407-1278

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:02CV256-H

A. ARENSON HOLDINGS, LTD., D.A.
GARDENS, LTD., J12ALH ASSOCIATES,
SELK, LLC and LAUREL EQUITY GROUP,
LLC,

Plaintiffs,

v.

SHAMROCK HOLDINGS OF CALIFORNIA,
INC., SHAMROCK CAPITAL ADVISORS, INC.,
EUGENE I. KRIEGER, GEORGE J. BUCHLER
and BRUCE J. STEIN,

Defendants.

**ORDER GRANTING MOTION
FOR EXTENSION OF TIME**

Upon motion of defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein, and for good cause shown, IT IS ORDERED that defendants be granted an extension to and including 2 September 2005, within which to answer, move or otherwise respond to plaintiffs' Complaint, that plaintiffs shall have until 14 October 2005 to file their opposition papers, and that defendants shall have until 14 November 2005 to file their reply papers.

This the _____ day of July, 2005.

_____
Clerk, United States District Court

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Consent Motion for Extension of Time and proposed Order have been served upon the Plaintiffs by depositing a copy thereof in the United States mail, first-class postage prepaid, addressed to the following counsel of record:

>Russ A. Brinson
>Cozen O'Conner
>One Wachovia Center, Suite 2100
>Charlotte, NC 28202
>Attorney for Plaintiffs

This the 12th day of July, 2005.

*/s/ J. Donald Cowan, Jr.*
J. Donald Cowan, Jr.

4