

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:02CV256-H
05

| | |
|---|---|
| A. ARENSON HOLDINGS, LTD., D.A. GARDENS, LTD., J12ALH ASSOCIATES, SELK, LLC and LAUREL EQUITY GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN,<br><br>Defendants. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

Upon motion of defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein, and for good cause shown, IT IS ORDERED that defendants be granted an extension to and including 2 September 2005, within which to answer, move or otherwise respond to plaintiffs' Complaint, that plaintiffs shall have until 14 October 2005 to file their opposition papers, and that defendants shall have until 14 November 2005 to file their reply papers.

This the _____ day of July, 2005.

_____
Clerk, United States District Court