| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RUSS BRINSON  SBN NC BAR<br>COZEN O'CONNOR<br>301 SOUTH COLLEGE STREET<br>SUITE 2100<br>CHARLOTTE NC 28202 | 704-348-3457<br><br>Ref. No. or File No.<br>157347 | |
| ATTORNEY FOR  Plaintiff | | |

Insert name of court and name of judicial district and branch if any.
UNITED STATES DISTRICT COURT WESTERN
NORTH CAROLINA

SHORT TITLE OF CASE:
A. Arenson Holdings, Ltd., et al. v Shamrock Holdings of California, In

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 414389 | | | | 305CV256H |

## AFFIDAVIT OF SERVICE

I, VICTOR H. HERNANDEZ    DECLARE THAT ON 06/24/05

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE, NOT A PARTY TO
ACTION AND RESIDE IN THE STATE OF CALIFORNIA. I SERVED THE WITHIN:

COMPLAINT-CONTRACT; Summons

AND THAT DATE: 06/24/05  TIME: 10:00AM , I SERVED SAID DOCUMENTS ON:

SHAMROCK CAPITAL ADVISORS,
INC., C/O: GREGORY S. MARTIN, REG. AGENT

BY SERVING: GREGORY S. MARTIN
TITLE: AUTHORIZED AGENT

AGE:30 HT:6'0 WT:200 HR:  RACE:WHT SX:M

AT: 4444 LAKESIDE DRIVE          FEE FOR SERVICE:$    50.00
    BURBANK CA 91505

RONSIN LEGAL                    d. Registered California process server
1199 MONTEREY PASS ROAD         (1) [ X ] Employee or [ ] Independent Contractor
MONTEREY PARK, CA 91754         (2) Registration No. 1107
323-526-7300 FAX 323-526-7377   (3) County: LOS ANGELES
                                (4) Expiration: 02/14/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 6/28/05                        >   CONTINUED ON THE NEXT PAGE
                                         SIGNATURE

*FILED CHARLOTTE, N.C. AUG - 5 2005 U.S. DISTRICT COURT W. DIST. OF N.C.*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RUSS BRINSON  SBN NC BAR<br>COZEN O'CONNOR<br>301 SOUTH COLLEGE STREET<br>SUITE 2100<br>CHARLOTTE NC 28202<br>ATTORNEY FOR  Plaintiff | 704-348-3457<br><br>Ref. No. or File No.<br>157347 | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT WESTERN
NORTH CAROLINA

SHORT TITLE OF CASE:
A. Arenson Holdings, Ltd., et al. v Shamrock Holdings of California, In

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 414389 | | | | 305CV256H |

COUNTY OF LOS ANGELES

STATE OF CALIFORNIA

SUBSCRIBED AND SWORN (OR AFFIRMED) TO BEFORE ME THIS

28 DAY OF June, 2005

[signature: Rose K. Tolley]

[Notary seal:
ROSE K. TOLLEY
Commission # 1485015
Notary Public - California
Los Angeles County
My Comm. Expires May 18, 2008]

RONSIN LEGAL
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d. Registered California process server
(1) [ ] Employee or [ ] Independent Contractor
(2) Registration No. 1107
(3) County: LOS ANGELES
(4) Expiration: 02/14/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 6/28/05

> [signature]
SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RUSS BRINSON  SBN NC BAR<br>COZEN O'CONNOR<br>301 SOUTH COLLEGE STREET<br>SUITE 2100<br>CHARLOTTE NC 28202<br>ATTORNEY FOR  Plaintiff | 704-348-3457<br><br>Ref. No. or File No.<br>157347 | |

Insert name of court and name of judicial district and branch if any.
UNITED STATES DISTRICT COURT WESTERN
NORTH CAROLINA

SHORT TITLE OF CASE:
A. Arenson Holdings, Ltd., et al. v Shamrock Holdings of California, In

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 414385 | | | | 305CV256H |

## AFFIDAVIT OF SERVICE

FILED
CHARLOTTE, N.C.
-5 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

I, VICTOR H. HERNANDEZ       DECLARE THAT ON 06/24/05

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE, NOT A PARTY TO
ACTION AND RESIDE IN THE STATE OF CALIFORNIA. I SERVED THE WITHIN

summons in a civil case
complaint

AND THAT DATE: 06/24/05  TIME: 10:00AM , I SERVED SAID DOCUMENTS ON:

SHAMROCK HOLDINGS OF
CALIFORNIA, INC., C/O: GREGORY S. MARTIN, REG. AGENT

BY SERVING: GREGORY S. MARTIN
TITLE: AUTHORIZED AGENT

AGE: 30'S HT: 6'0 WT: 220 HR:    RACE: wht SX: M

AT: 4444 LAKESIDE DRIVE          FEE FOR SERVICE: $    50.00
    BURBANK CA 91505

RONSIN LEGAL                     d. Registered California process server
1199 MONTEREY PASS ROAD          (1) [ X ] Employee or [  ] Independent Contractor
MONTEREY PARK, CA 91754          (2) Registration No. 1107
323-526-7300 FAX 323-526-7377    (3) County: LOS ANGELES
                                 (4) Expiration: 02/14/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE:   6/28/05                  >   CONTINUED ON THE NEXT PAGE
                                     SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RUSS BRINSON SBN NC BAR<br>COZEN O'CONNOR<br>301 SOUTH COLLEGE STREET<br>SUITE 2100<br>CHARLOTTE NC 28202 | 704-348-3457<br><br>Ref. No. or File No.<br>157347 | |
| ATTORNEY FOR Plaintiff | | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT WESTERN<br>NORTH CAROLINA | | |
| SHORT TITLE OF CASE:<br>A. Arenson Holdings, Ltd., et al. v Shamrock Holdings of California, In | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 414385 | | | | 305CV256H |

COUNTY OF LOS ANGELES

STATE OF CALIFORNIA

SUBSCRIBED AND SWORN (OR AFFIRMED) TO BEFORE ME THIS

28 DAY OF June, 2005

[Notary stamp: ROSE K. TOLLEY, Commission # 1485015, Notary Public - California, Los Angeles County, My Comm. Expires May 18, 2008]

RONSIN LEGAL
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d. Registered California process server
(1) [ ] Employee or [ ] Independent Contractor
(2) Registration No. 1107
(3) County: LOS ANGELES
(4) Expiration: 02/14/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 6/28/05

SIGNATURE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of NORTH CAROLINA

A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, Selk, LLC, Laurel Equity Group, LLC

V.

Shamrock Holdings, of California, Inc., Shamrock Capital Advisors, Inc, Eugene II. Krieger, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05CV256-H

TO: (Name and address of Defendant)

Shamrock Holdings, of California, Inc.
c/o Gregory S. Martin Registered Agent
4444 Lakeside Drive
Burbank, CA 91505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Russ A. Brinson
Cozen O'Connor
One Wachovia Center, Suite 2100
301 South College St.
Charlotte, NC 28202

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**FRANK G. JOHNS**      6/2/05

CLERK      DATE

[signature]

(By) DEPUTY CLERK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RUSS BRINSON SBN NC BAR<br>COZEN O'CONNOR<br>301 SOUTH COLLEGE STREET<br>SUITE 2100<br>CHARLOTTE NC 28202 | 704-348-3457<br><br>Ref. No. or File No.<br>157347 | |
| ATTORNEY FOR Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT WESTERN
NORTH CAROLINA

SHORT TITLE OF CASE:

A. Arenson Holdings, Ltd., et al. v Shamrock Holdings of California, In

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 414402 | | | | 305CV256H |

**AFFIDAVIT OF SERVICE**

I, VICTOR H. HERNANDEZ DECLARE THAT ON 06/24/05
AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE, NOT A PARTY TO
ACTION AND RESIDE IN THE STATE OF CALIFORNIA. I SERVED THE WITHIN
COMPLAINT-CONTRACT; Summons

FILED
CHARLOTTE, N.C.
AUG - 5 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

AND THAT DATE: 06/24/05 TIME: 10:00AM , I SERVED SAID DOCUMENTS ON:

BRUCE J. STEIN
I KNEW THE PERSON SO SERVED TO BE THE PERSON DESCRIBED AS SAID SUBJECT

AGE 40 HT: 4'1 WT: 205 HR: RACE: WHT SX: M

AT: 4444 LAKESIDE DRIVE          FEE FOR SERVICE:$    50.00
    BURBANK CA 91505

RONSIN LEGAL                        d.  Registered California process server
1199 MONTEREY PASS ROAD             (1) [ X ] Employee or [  ] Independent Contractor
MONTEREY PARK, CA 91754             (2) Registration No. 1107
323-526-7300 FAX 323-526-7377       (3) County: LOS ANGELES
                                    (4) Expiration: 02/14/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 6/28/05              >   CONTINUED ON THE NEXT PAGE
                              SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RUSS BRINSON  SBN NC BAR<br>COZEN O'CONNOR<br>301 SOUTH COLLEGE STREET<br>SUITE 2100<br>CHARLOTTE NC 28202 | 704-348-3457<br><br>Ref. No. or File No.<br>157347 | |
| ATTORNEY FOR  Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT WESTERN
NORTH CAROLINA

SHORT TITLE OF CASE:

A. Arenson Holdings, Ltd., et al. v Shamrock Holdings of California, In

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 414402 | | | | 305CV256H |

COUNTY OF LOS ANGELES

STATE OF CALIFORNIA

SUBSCRIBED AND SWORN (OR AFFIRMED) TO BEFORE ME THIS

28 DAY OF June, 2005

*[Signature: Rose K. Tolley]*

*[Notary Stamp: ROSE K. TOLLEY, Commission # 1485015, Notary Public - California, Los Angeles County, My Comm. Expires May 18, 2006]*

RONSIN LEGAL
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d. Registered California process server
(1) [ ] Employee or [ ] Independent Contractor
(2) Registration No. 1107
(3) County: LOS ANGELES
(4) Expiration: 02/14/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 6/28/05

*[Signature]*
SIGNATURE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of NORTH CAROLINA

A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, Selk, LLC, Laurel Equity Group, LLC

V.

Shamrock Holdings, of California, Inc., Shamrock Capital Advisors, Inc, Eugene II. Krieger, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05CV256-H

TO: (Name and address of Defendant)

Shamrock Capital Advisors, Inc.
c/o Gregory S. Martin Registered Agent
4444 Lakeside Drive
Burbank, CA 91505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Russ A. Brinson
Cozen O'Connor
One Wachovia Center, Suite 2100
301 South College St.
Charlotte, NC 28202

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**FRANK G. JOHNS**

_____     6/2/05
CLERK                         DATE

_A Barker_
(By) DEPUTY CLERK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RUSS BRINSON   SBN NC BAR<br>COZEN O'CONNOR<br>301 SOUTH COLLEGE STREET<br>SUITE 2100<br>CHARLOTTE NC 28202<br>ATTORNEY FOR  Plaintiff | 704-348-3457<br><br>Ref. No. or File No.<br>157347 | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT WESTERN
NORTH CAROLINA

SHORT TITLE OF CASE:

A. Arenson Holdings, Ltd., et al. v Shamrock Holdings of California, In

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 414398 | | | | 305CV256 |

FILED
CHARLOTTE, N. C.
AUG - 5 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

## AFFIDAVIT OF SERVICE

I, VICTOR H. HERNANDEZ   DECLARE THAT ON 06/24/05
AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE, NOT A PARTY TO
ACTION AND RESIDE IN THE STATE OF CALIFORNIA. I SERVED THE WITHIN
COMPLAINT-CONTRACT; Summons

AND THAT DATE: 06/24/05  TIME: 10:00AM , I SERVED SAID DOCUMENTS ON:

GEORGE J. BUCHLER
I KNEW THE PERSON SO SERVED TO BE THE PERSON DESCRIBED AS SAID SUBJECT

AGE 50ˢ HT: 6'1 WT:   HR:   RACE: WHT SX: M

AT: 444 LAKESIDE DRIVE                    FEE FOR SERVICE:$    50.00
    BURBANK CA 91505


RONSIN LEGAL                     d.  Registered California process server
1199 MONTEREY PASS ROAD          (1) [ X ] Employee or [   ] Independent Contractor
MONTEREY PARK, CA 91754          (2) Registration No. 1107
323-526-7300 FAX 323-526-7377    (3) County: LOS ANGELES
                                 (4) Expiration: 02/14/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE:  6/28/05                       >   CONTINUED ON THE NEXT PAGE
                                     SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RUSS BRINSON  SBN NC BAR<br>COZEN O'CONNOR<br>301 SOUTH COLLEGE STREET<br>SUITE 2100<br>CHARLOTTE NC 28202 | 704-348-3457<br><br>Ref. No. or File No.<br>157347 | |
| ATTORNEY FOR   Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT WESTERN
NORTH CAROLINA

SHORT TITLE OF CASE:

A. Arenson Holdings, Ltd., et al. v Shamrock Holdings of California, In

| INVOICE NO.<br>414398 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>305CV256H |
|---|---|---|---|---|

COUNTY OF LOS ANGELES

STATE OF CALIFORNIA

SUBSCRIBED AND SWORN (OR AFFIRMED) TO BEFORE ME THIS

28 DAY OF June, 2005

*[signature: Rose K. Tolley]*

*[Notary stamp: ROSE K. TOLLEY, Commission # 1485015, Notary Public - California, Los Angeles County, My Comm. Expires May 18, 2008]*

RONSIN LEGAL
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

    d.  Registered California process server
    (1) [ ] Employee or [ ] Independent Contractor
    (2) Registration No. 1107
    (3) County: LOS ANGELES
    (4) Expiration: 02/14/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 6/28/05

> *[signature: Victor Hernandez]*
SIGNATURE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN   District of   NORTH CAROLINA

A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, Selk, LLC, Laurel Equity Group, LLC
V.
Shamrock Holdings, of California, Inc., Shamrock Capital Advisors, Inc, Eugene II. Krieger, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05CV256-H

TO: (Name and address of Defendant)

Eugene I. Krieger
4444 Lakeside Drive
Burbank, CA 91505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Russ A. Brinson
Cozen O'Connor
One Wachovia Center, Suite 2100
301 South College St.
Charlotte, NC 28202

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

FRANK G. JOHNS   6/2/05
CLERK            DATE

J. Barber
(By) DEPUTY CLERK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RUSS BRINSON  SBN NC BAR<br>COZEN O'CONNOR<br>301 SOUTH COLLEGE STREET<br>SUITE 2100<br>CHARLOTTE NC 28202<br>ATTORNEY FOR  Plaintiff | 704-348-3457<br><br>Ref. No. or File No.<br>157347 | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT WESTERN
NORTH CAROLINA

SHORT TITLE OF CASE:

A. Arenson Holdings, Ltd., et al. v Shamrock Holdings of California, In

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 414394 | | | | 305CV256H |

FILED
CHARLOTTE, N.C.
AUG - 5 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

## AFFIDAVIT OF SERVICE

I, VICTOR H. HERNANDEZ      DECLARE THAT ON 06/24/05
AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE, NOT A PARTY TO
ACTION AND RESIDE IN THE STATE OF CALIFORNIA. I SERVED THE WITHIN
COMPLAINT-CONTRACT; Summons

AND THAT DATE: 06/24/05  TIME: 10:00AM , I SERVED SAID DOCUMENTS ON:

EUGENE I. KRIEGER
I KNEW THE PERSON SO SERVED TO BE THE PERSON DESCRIBED AS SAID SUBJECT

AGE: 45 HT 6'2 WT: 195 HR:   RACE: wht SX: M

AT: 4444 LAKESIDE DRIVE                FEE FOR SERVICE: $    50.00
    BURBANK CA 91505

RONSIN LEGAL                    d.  Registered California process server
1199 MONTEREY PASS ROAD         (1) [ X ] Employee or [  ] Independent Contractor
MONTEREY PARK, CA 91754         (2) Registration No. 1107
323-526-7300 FAX 323-526-7377   (3) County: LOS ANGELES
                                (4) Expiration: 02/14/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 6/28/05                        >  CONTINUED ON THE NEXT PAGE
         30 LH.                         SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| RUSS BRINSON  SBN NC BAR<br>COZEN O'CONNOR<br>301 SOUTH COLLEGE STREET<br>SUITE 2100<br>CHARLOTTE NC 28202 | 704-348-3457<br><br>Ref. No. or File No.<br>157347 | |
| ATTORNEY FOR  Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT WESTERN
 NORTH CAROLINA

SHORT TITLE OF CASE:
A. Arenson Holdings, Ltd., et al. v Shamrock Holdings of California, In

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 414394 | | | | 305CV256H |

COUNTY OF LOS ANGELES

STATE OF CALIFORNIA

SUBSCRIBED AND SWORN (OR AFFIRMED) TO BEFORE ME THIS

30 DAY OF June, 2005

*[Notary signature]*

*[Notary stamp: ROSE K. TOLLEY, Commission # 1485015, Notary Public - California, Los Angeles County, My Comm. Expires May 18, 2006]*

RONSIN LEGAL
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d. Registered California process server
(1) [ ] Employee or [ ] Independent Contractor
(2) Registration No. 1107
(3) County: LOS ANGELES
(4) Expiration: 02/14/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 6/28/05
       30 VH.

SIGNATURE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of NORTH CAROLINA

A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, Selk, LLC, Laurel Equity Group, LLC

V.

Shamrock Holdings, of California, Inc., Shamrock Capital Advisors, Inc, Eugene II. Krieger, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3 05 CV 256 - H

TO: (Name and address of Defendant)

George J. Buchler
4444 Lakeside Drive
Burbank, CA 91505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Russ A. Brinson
Cozen O'Connor
One Wachovia Center, Suite 2100
301 South College St.
Charlotte, NC 28202

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**FRANK G. JOHNS**

CLERK

DATE 6/2/05

_/s/ Baxter_

(BY) DEPUTY CLERK