IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
No. 3:05-CV-256-H

| | |
|---|---|
| A. ARENSON HOLDINGS, LTD., D.A. GARDENS, LTD., J12ALH ASSOCIATES, SELK, LLC and LAUREL EQUITY GROUP, LLC,<br><br>Plaintiffs.<br><br>v.<br><br>SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN,<br><br>Defendants. | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SHAMROCK CAPITAL ADVISORS, INC.**<br><br>[Fed. R. Civ. P. 7.1] |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Shamrock Capital Advisors, Inc. makes the following disclosures. Shamrock Capital Advisors, Inc. is a Delaware corporation. No publicly held corporation owns 10% or more of the stock of Shamrock Capital Advisors, Inc. No publicly held corporation or other publicly held entity has a direct financial interest in the outcome of the litigation.

This the 6th day of September, 2005

/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.
N.C. State Bar No. 0968
don.cowan@smithmoorelaw.com
Elizabeth Brooks Scherer
N.C. State Bar No. 27526
beth.scherer@smithmoorelaw.com

OF COUNSEL:
SMITH MOORE LLP
Post Office Box 21927
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400

OF COUNSEL:
Pamela Jarvis
Gregory P. Joseph Law Offices LLC
805 Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200
Facsimile: (212) 407-1299

*Attorneys for Defendants Shamrock
Holdings of California, Inc., Shamrock
Capital Advisors, Inc., Eugene I. Krieger,
George J. Buchler, and Bruce J. Stein*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served by United States mail, first-class, postage prepaid, to the following counsel of record:

Russ A. Brinson
Cozen O'Connor
One Wachovia Center, Suite 2100
301 South College Street
Charlotte, North Carolina 28302

Thomas M. Wood, IV
Neuberger, Quinn, Gielen, Rubin & Gibber
One South Street, 27th Floor
Baltimore, Maryland 21202-3282

This the 6th day of September, 2005.

/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.

*Attorney for Defendants*