IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
No. 3:05-CV-256-H

| | |
|---|---|
| A. ARENSON HOLDINGS, LTD., D.A. GARDENS, LTD., J12ALH ASSOCIATES, SELK, LLC and LAUREL EQUITY GROUP, LLC,<br><br>Plaintiffs.<br><br>v.<br><br>SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN,<br><br>Defendants. | **DISCLOSURE STATEMENT OF DEFENDANT GEORGE J. BUCHLER**<br><br>[Fed. R. Civ. P. 7.1] |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant George J. Buchler makes the following disclosures. Mr. Buchler is an individual. To the best of his knowledge no publicly held corporation or other publicly held entity has a direct financial interest in the above-captioned litigation.

This the 6th day of September, 2005

/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.
N.C. State Bar No. 0968
don.cowan@smithmoorelaw.com
Elizabeth Brooks Scherer
N.C. State Bar No. 27526
beth.scherer@smithmoorelaw.com

OF COUNSEL:
SMITH MOORE LLP
Post Office Box 21927
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400

OF COUNSEL:
Pamela Jarvis
Gregory P. Joseph Law Offices LLC
805 Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200
Facsimile: (212) 407-1299

*Attorneys for Defendants Shamrock
Holdings of California, Inc., Shamrock
Capital Advisors, Inc., Eugene I. Krieger,
George J. Buchler, and Bruce J. Stein*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served by United States mail, first-class, postage prepaid, to the following counsel of record:

Russ A. Brinson
Cozen O'Connor
One Wachovia Center, Suite 2100
301 South College Street
Charlotte, North Carolina 28302

Thomas M. Wood, IV
Neuberger, Quinn, Gielen, Rubin & Gibber
One South Street, 27th Floor
Baltimore, Maryland 21202-3282

This the 6th day of September, 2005.

/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.

*Attorney for Defendants*