IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
No. 3:05-CV-256-H

| | |
|---|---|
| A. ARENSON HOLDINGS, LTD., D.A. GARDENS, LTD., J12ALH ASSOCIATES, SELK, LLC and LAUREL EQUITY GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN,<br><br>Defendants. | **DEFENDANTS' MOTION TO DISMISS OR TRANSFER**<br><br>[Fed. R. Civ. P. 12(b) and Local Civil Rule 7.1, WDNC] |

Pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, WDNC, defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George Buchler, and Bruce J. Stein ("Defendants"), through counsel, respectfully move the Court to dismiss this action, in whole or in part. In the alternative, Defendants move the Court to transfer this action to the United States District Court for the District of Delaware. In support of this Motion, Defendants submit the accompanying Memorandum in Support of Defendants' Motion to Dismiss or Transfer and incorporate the same as if set forth fully herein.

WHEREFORE, Defendants respectfully request that the Court dismiss this action or transfer this action to the United States District Court for the district of Delaware.

This the 2nd day of September, 2005.

/s/ J. Donald Cowan, Jr.
J. Donald Cowan, Jr.
N.C. State Bar No. 0968
Elizabeth Brooks Scherer
N.C. State Bar No. 27526

OF COUNSEL:
SMITH MOORE LLP
Post Office Box 21927
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400

OF COUNSEL:
Pamela Jarvis
Gregory P. Joseph Law Offices LLC
805 Third Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 407-1200
Facsimile: (212) 407-1299

*Attorneys for Defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, and Bruce J. Stein*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served by United States mail, first-class, postage prepaid, to the following counsel of record:

Russ A. Brinson
Cozen O'Connor
One Wachovia Center, Suite 2100
301 South College Street
Charlotte, North Carolina 28302

Thomas M. Wood, IV
Neuberger, Quinn, Gielen, Rubin & Gibber
One South Street, 27th Floor
Baltimore, Maryland 21202-3282

This the 2nd day of September, 2005.

    /s/ J. Donald Cowan, Jr.
    J. Donald Cowan, Jr.

    *Attorney for Defendants*