operation of the Company and to comply with any laws, rules, and regulations relating to the acquisition, operation, or holding of the property of the Company.

10.2    Applicable Law. All questions concerning the construction, validity, and interpretation of this Agreement and the performance of the obligations imposed by this Agreement shall be governed by the internal law, not the law of conflicts, of the State of Delaware.

10.3    Headings. The headings herein are inserted as a matter of convenience only, and do not define, limit, or describe the scope of this Agreement or the intent of the provisions hereof.

10.4    Binding Provisions. This Agreement is binding upon, and inures to the benefit of, the parties hereto and their respective successors and permitted assigns.

10.5    Separability of Provisions. Each provision of this Agreement shall be considered separable; and if, for any reason, any provision or provisions herein are determined to be invalid and contrary to any existing or future law, such invalidity shall not impair the operation of or affect those portions of this Agreement which are valid.

10.6    Modification, Amendment, Waiver. Notwithstanding anything to the contrary in this Agreement, this Agreement may not be amended without the consent of each Member with respect to any amendment that (i) modifies the limited liability of a Member, (ii) alters the interest of a Member in Net Profit, Net Loss, other items of, or distributions from, the Company or (iii) alters the number or the voting rights of the Representatives. No modification or amendment of any provision of this Agreement shall be effective unless made in writing, and no party shall be deemed to have waived compliance by any other party with any provision of this Agreement unless such waiver is in writing. The failure of any party at any time to enforce any of the provisions of this Agreement shall in no way be construed as a waiver of such provisions and shall not affect the rights of any party thereafter to enforce such provisions in accordance with their terms. No waiver of any provision of this Agreement shall be deemed to be a waiver of any other provision of this Agreement. No waiver of any breach of any provision of this Agreement shall be deemed the waiver of any subsequent breach thereof or any other provision of this Agreement.

10.7    Counterparts. This Agreement may be executed simultaneously in two or more counterparts, each of which shall be deemed an original, but all of which, when taken together, shall constitute one and the same instrument.

10.8    Waiver. No consent or waiver, express or implied, by any Member to or of any breach or default by the other Member in the performance by such other Member of

its obligations hereunder shall be deemed or construed to be a consent to or waiver of any other breach or default in the performance by such other Member of the same or any other obligation of such Member hereunder.  Failure on the part of a Member to complain of any act or failure to act of any other Member or to declare such other Member in default, irrespective of how long such failure continues, shall not constitute a waiver by such Member of its rights hereunder.

10.9    Additional Remedies. The rights and remedies of any Member hereunder shall not be mutually exclusive. The respective rights and obligations hereunder shall be enforceable by specific performance, injunction or other equitable remedy, but nothing herein contained is intended to, nor shall it limit or affect, any other rights in equity or any rights at law or by statute or otherwise of any party aggrieved as against the other for breach or threatened breach of any provision hereof, it being the intention of this paragraph to make clear the agreement of the parties hereto that their respective rights and obligations hereunder shall be enforceable in equity as well as at law or otherwise.

**IN WITNESS WHEREOF.** the parties have duly executed this Agreement as of the date first above written.

LION ALH CAPITAL LLC

By: _____

    Name:

    Title:


SHAMROCK HOLDINGS OF CALIFORNIA, INC.

By: _____

    Name:

    Title:


LANDMARK EQUITY INVESTORS LLC

By: _____

    Name:

    Title: manager


*Signature Page to ALH Holdings LLC Operating Agreement*

IN WITNESS WHEREOF, the parties have duly executed this Agreement as of the date first above written.

LION ALH CAPITAL LLC

By:_____
    Name:
    Title:

SHAMROCK HOLDINGS OF CALIFORNIA, INC.

By:_____
    Name:
    Title:

LANDMARK EQUITY INVESTORS LLC

By:_____
    Name:
    Title:

*Signature Page to ALH Holdings LLC Operating Agreement*

DO NY/88845.16

A. Arenson Holdings, Ltd.

By:_____
    Name:
    Title:

D.A. Gardens, Ltd.

By:_____
    Name:
    Title:

J12ALH, Associates LLC

By:_____
    Name:
    Title:

SELK, LLC

By:_____
    Name:
    Title:

Laurel Equity Group

By:_____
    Name:
    Title:

*Signature Page to ALH Holdings LLC Operating Agreement*

DC NY/83845 17

A. Arenson Holdings, Ltd.

By:_____
    Name:
    Title:


D.A. Gardens, Ltd.

By:_____
    Name:
    Title:


J12ALH, Associates LLC

By:_____
    Name:
    Title:


SELK, LLC

By:_____
    Name:
    Title:


Laurel Equity Group

By:_____
    Name:
    Title:


*Signature Page to ALH Holdings LLC Operating Agreement*

A. Arenson Holdings. Ltd.

By:_____
    Name:
    Title:


D.A. Gardens, Ltd.

By:_____
    Name:
    Title:


J12ALH, Associates LLC

By:_____
    Name:
    Title:


SELK, LLC

By:_____
    Name:
    Title:


Laurel Equity Group

By:_____
    Name:
    Title:


*Signature Page to ALH Holdings LLC Operating Agreement*

DO NY/83645.17

A. Arenson Holdings, Ltd.

By:_____
    Name:
    Title:


D.A. Gardens, Ltd.

By:_____
    Name:
    Title:


J12ALH, Associates LLC

By:_____
    Name:
    Title:


SELK, LLC

By:_____
    Name:
    Title:


Laurel Equity Group

By: _____
    Name: YEHESKEL FRANKEL
    Title: V.P.


*Signature Page to ALH Holdings LLC Operating Agreement*

DO NY/83645.17

FROM HOTEL TWIN DOLPHIN 111 58196→

06/11/98   16:06   ☎310 277 1049   K - B INC.   ☒004

# CERTIFICATE

ING

The undersigned, an authorized officer of Kaufman + Bernstein, hereby certifies that he has caused to be delivered to each member listed on Schedule A , except Shamrock Holdings of California, Inc., a copy of the Operating Agreement of ALH Holdings, LLC and the Class A subscription agreement sent to me under cover of a memorandum dated June 9, 1998 in connection with their subscription of Class A membership interest in ALH Holdings, LLC.

Date:   June 11, 1998

by   [signature]

Name:   HOWARD BERNSTEIN
Title:   SECRETARY

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

ALH HOLDINGS,LLC

By:          _____

Name:        _____

Title:       _____

ACCEPTED AND AGREED:

PURCHASERS:

By:          _____
Name:        Richard Dean Anderson, Trustee
             Richard Dean Anderson Living Trust

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

**ALH HOLDINGS,LLC**

By: _____

Name: _____

Title: _____


**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _____

Name: Richard Clayton, Trustee

Title: The Richard Clayton Trust of 1992

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

ALH HOLDINGS,LLC

By:        _____

Name:      _____

Title:     _____

ACCEPTED AND AGREED:

PURCHASERS:

By:        *David Corwin* (signature)
Name:      David Corwin

07/13/98   12:01   ☎310 277 104☯       K + N INC.       ↦↦↦ F N J & W LLP       ☒002

08/05/98   17:33   ☎310 277 104☯       K + B INC.                               ☒002

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: X _____

Name:   Daniel Corwin

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

ALH HOLDINGS, LLC

By: _____

Name: _____

Title: _____

ACCEPTED AND AGREED:

PURCHASERS:

By: _____
Name:   Clint Eastwood

07/10/98 FRI 17:01 FAX 310 277 2049 K + B INC.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

**ALH HOLDINGS,LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _____

Name: James Foley

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By:        _____

Name:    _____

Title:      _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By:       *Andrew Fogelson, Trustee*
Name:    Andrew Fogelson, Trustee
Title:      The Fogelson Family Trust of 1992

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

ALH HOLDINGS, LLC

By: _____

Name: _____

Title: _____

ACCEPTED AND AGREED:

PURCHASERS:

By: _Lowell Ganz_

Name: Lowell Ganz, Trustee

Title: Ganz Family Trust of 1993

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

ALH HOLDINGS, LLC

By: _____

Name: _____

Title: _____

ACCEPTED AND AGREED:

PURCHASERS:

By: _____
Name:   Jason Gedrick

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _____

Name:     Gerren Keith

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _____

Name: Rupert Perry, Trustee

Title: The Perry Family Trust

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

**ALH HOLDINGS,LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _____

Name:   Bruce Ramer

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _____

Name:   Ann Ramer

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

ALH HOLDINGS, LLC

By: _____

Name: _____

Title: _____

ACCEPTED AND AGREED:

PURCHASERS:

By: 
Name:    The Shaliat Chamel Trust of 1994
Title:    Lee Shaliat Chamel, Trustee

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

ACCEPTED AND AGREED:

PURCHASERS:

By: _____

Name: Jeremy Tarcher, Trustee

Title: The Tarcher Family Trust

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _____

Name:  Christopher Thompson

07/10/98 FRI 16:58 FAX 310 277 2049     K + B INC.                                    015

06/11/98  08:56   ☎310 277 1049        K + B INC.     →→→   GY WALDRON          001

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By:        _____

Name:      _____

Title:     _____

ACCEPTED AND AGREED:

PURCHASERS:

By:        _____

Name:      Gy Waldron, Trustee

Title:     Waldron Living Trust

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By:
Name:
Title:

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By:
Name:
Title:

By:
Name:
Title:

By:
Name:
Title:

By:
Name:
Title:

By:
Name:
Title:

By:
Name:
Title:

By:
Name:
Title:

By:
Name:
Title:

07/10/98 FRI 17:10 FAX 310 277 2049     K + B INC.                    ☑049

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _____
Name:     Roy D. Kaufman, Trustee
Title:    The Roy and Jodi Kaufman Living Trust

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _____
Name:    Bernstein Trust of 1989
Title:      Howard M. Bernstein, Trustee

**IN WITNESS WHEREOF,** the ....... have duly executed ..
**Agreement** the day and year ...... for ... ....

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _____
Name: David Bornstein
Title:

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By:  _____

Name:  _____

Title:  _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By:  _____

Name:  Lori Bernstein

Title:

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day first above written.

By: _____

Name:   Bunny Wasser

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _____

Name: Andrew Wasser

Title:

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By:       _____

Name:     _____

Title:    _____


**ACCEPTED AND AGREED:**

**PURCHASERS:**


By:       _____
Name:     Noah Fogelson
Title:

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _____
Name:    Adam Fogelson
Title:

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

ALH HOLDINGS, LLC

By:          _____

Name:        _____

Title:    _   __ _____

ACCEPTED AND AGREED:

PURCHASERS:

By:          _~~signature~~_____  ~~signature~~
Name:        Harold and Ruth Borden Trust
Title:       Trustee

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By:        _____

Name:    _____

Title:       _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By:        _Harold Brown_____
Name:     Harold Brown
Title:

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

ALH HOLDINGS, LLC

By: _____

Name: _____

Title: _____

ACCEPTED AND AGREED:

PURCHASERS:

By: *Hermione K. Brown*
Name:   Hermione K. Brown
Title:   Trustee of the Survivor's Trust U/D/T dated 2/13/96

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

**ALH HOLDINGS,LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _____

Name:     Tom R. Camp

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

PURCHASERS:

By: _____
Name:    Leonard Hirshan, Trustee
Title:     The Leonard Hirshan Trust

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

ACCEPTED AND AGREED:

PURCHASERS:

By: _____
Name:   Albert Katz, Trustee
Title:    Katz Family Trust

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

ALH HOLDINGS, LLC

By:        _____

Name:      _____

Title:     _____

ACCEPTED AND AGREED:

PURCHASERS:

By:        _____
Name:      Stephen Miller
Title:

07/10/98  FRI 17:00 FAX 310 277 2045        K + B INC.                          ☑021
Jun 07 98 11:46a     Howard R. Bernstein           3103587228            P.2

IN WITNESS WHEREOF, the parties hereto have duly executed this
Agreement the day and year first set forth above.

ALH HOLDINGS, LLC

By: _____

Name: _____

Title: _____

ACCEPTED AND AGREED:

PURCHASERS:

By: _____
Name:   Ira Shulman
Title:

07/10/98 FRI 17:02 FAX 310 277 2049    K + B INC.    K + B INC.    @027 @003

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By: _____

Name: _____

Title: _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By: _Alfred P. Stern, Trustee_

Name:    Alfred P. Stern, Trustee

Title:    1992 Alfred P. Stern Trust

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the day and year first set forth above.

**ALH HOLDINGS, LLC**

By:     _____

Name:   _____

Title:  _____

**ACCEPTED AND AGREED:**

**PURCHASERS:**

By:     _____
Name:   Dennis Wasser
Title:

# EXHIBIT A

## Class A Members

| Names and Addresses | Capital Contribution | Percentage of Class A Membership Interest |
|---|---|---|
| Shamrock Holdings of California, Inc. 4444 Lakeside Drive Burbank, CA 91505 | $6,275,000 | 62.75% |
| Richard Dean Anderson 2049 Century Park East Suite 2500 Los Angeles, CA 90087 | $100,000 | 1% |
| The Richard Clayton Trust of 1992 2049 Century Park East Suite 2500 Los Angeles, CA 90087 | $50,000 | .5% |
| David Corwin 2049 Century Park East Suite 2500 Los Angeles, CA 90087 | $50,000 | .5% |
| Daniel Corwin 2049 Century Park East Suite 2500 Los Angeles, CA 90087 | $50,000 | .5% |
| Clint Eastwood 2049 Century Park East Suite 2500 Los Angeles, CA 90087 | $750,000 | 7.5% |
| James Foley 2049 Century Park East Suite 2500 Los Angeles, CA 90087 | $50,000 | .5% |

| | | |
|---|---|---|
| The Fogelson Trust of 1992<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $100,000 | 1% |
| Ganz Family Trust<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $75,000 | .75% |
| Jason Gedrick<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $50,000 | .5% |
| Gerren Keith<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $75,000 | .75% |
| Christopher Penn<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $25,000 | .25% |
| The Perry Family Trust<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $75,000 | .75% |
| Penn Trust of 1992<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $100,000 | 1% |
| Ann Ramer<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $75,000 | .75% |
| The Shallet Chemel Trust of 1994<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $75,000 | .75% |

DO NY/83645.17

| | | |
|---|---|---|
| The Tarcher Family Trust<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $100,000 | 1% |
| Christopher Thompson<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $75,000 | .75% |
| Gy Waldron<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $75,000 | .75% |
| Yorkin Family Limited<br>Partnership<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $750,000 | 7.5% |
| The Roy and Judi Kaufman Living<br>Trust<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $100,000 | 1% |
| Bernstein Trust of 1989<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $100,000 | 1% |
| David Bernstein<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $25,000 | .25% |
| Lori Bernstein<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $25,000 | .25% |

| | | |
|---|---|---|
| Bunny Wasser<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $25,000 | .25% |
| Andrew Wasser<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $25,000 | .25% |
| Noah Fogelson<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $25,000 | .25% |
| Adam Fogelson<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $25,000 | .25% |
| Harold and Ruth Borden Trust<br>Mr. & Mrs. Harold Borden<br>10580 Wilshire Boulevard<br>Unit 73<br>Los Angeles, CA 90024 | $75,000 | .75% |
| Mr. Harold Brown<br>Gang, Tyre, Ramer & Brown, Inc.<br>132 S. Rodeo Drive<br>Beverly Hills, CA 90212 | $150,000 | 1.5% |
| Ms. Hermione Brown<br>Gang, Tyre, Ramer & Brown, Inc.<br>132 S. Rodeo Drive<br>Beverly Hills, CA 90212 | $50,000 | .5% |
| Tom R. Camp, Esq.<br>Gang, Tyre, Ramer & Brown, Inc.<br>132 S. Rodeo Drive<br>Beverly Hills, CA 90212 | $50,000 | .5% |

DO NY/83845.17

| | | |
|---|---|---|
| Hirshan Family Trust<br>Mr. Leonard Hirshan<br>William Morris Agency<br>151 El Camino Drive<br>Beverly Hills, CA 90212 | $75,000 | .75% |
| Katz Family Trust<br>Dr. & Mrs. Albert M. Katz<br>9607 Wendover Drive<br>Beverly Hills, CA 90210 | $50,000 | .5% |
| Stephen M. Miller, M.D.<br>10594 N. 65th Street<br>Longmont, CO 80503 | $50,000 | .5% |
| Mr. Ira Shulman<br>48 Gladstone Road<br>New Rochelle, NY 10804 | $50,000 | .5% |
| Mr. Alfred Stern<br>Schroders<br>10877 Wilshire Boulevard<br>Suite 500<br>Los Angeles, CA 90024 | $25,000 | .25% |
| Dennis M. Wasser, Esq.<br>Wasser, Rosenson & Carter<br>2029 Century Park East<br>Suite 1200<br>Los Angeles, CA 90067 | $100,000 | 1% |

**EXHIBIT B**

## Class B Members

| Names and Addresses | Capital Contribution | Percentage of Class B Membership Interest |
|---|---|---|
| A. Arenson Holdings, Ltd.<br>5 Hashita Street<br>P.O Box 3566<br>Caesera Israel | $700,000 | 12% |
| D. A. Gardens, Ltd.<br>c/o Fimanor AG<br>Seefeldstrasse 45<br>Zurich 8008 Switzerland | $300,000 | 5% |
| J12ALH, Associates LLC<br>Suite 4101<br>1301 Avenue of the Americas<br>New York, New York 10019 | $1,000,0000 | 17% |
| SELK, LLC<br>c/o Shalom E. Lamm<br>489 Fifth Avenue<br>New York, New York 10017 | $2,000,000 | 33% |
| Laurel Equity Group<br>c/o Suite 501<br>Hovenierstraat 2<br>Antwerp, Belgium | $1,750,000 by way of cancellation of ALH debt and $250,000 in cash | 33% |

## EXHIBIT C

Member Contributed Property

### Class C Member

All right title and interest in and to 76 shares of common stock of American Landmark Homes Corporation.

### Class D Member

All right title and interest in and to 124 shares of common stock of American Landmark Homes Corporation.

**EXHIBIT D**

Officers of the Company

<u>Name</u>                                    <u>Office</u>

Shalom E. Lamm                      President
Jonathan Zich                          Vice President
John D. Hourihan                      Secretary and Treasurer

# EXHIBIT E

## OTHER CREDIT FACILITIES

| Lender | Maximum Available Amount | Balance Outstanding as of March 31, 1998 |
|---|---|---|
| New South Federal Savings | $3,750,000 | $2,225,749 |
| Barnett Bank | $2,000,000 | $445,834 |
| Ohio Savings Bank | $3,000,000 | $330,020 |



AMENDMENT DATED MARCH 15, 1999

TO OPERATING AGREEMENT

OF

ALH HOLDINGS LLC

DATED AS OF JUNE 12, 1998

48773

# AMENDMENT TO ALH HOLDINGS LLC OPERATING AGREEMENT

Amendment, dated as of March 15, 1999 (the "Amendment"), to the Operating Agreement of ALH Holdings LLC ("the Company") dated as of June 12, 1998 (the "Operating Agreement") by and among Lion ALH Capital LLC, a Delaware limited liability company, the Persons listed on Exhibit A thereto, the Persons listed on Exhibit B thereto, Landmark Equity Investors LLC, a Delaware limited liability company and Shalom E. Lamm.

## EXPLANATORY STATEMENT

The Company and the members of the Company have agreed to amend the Operating Agreement as set forth in this Amendment. As of the date of this Amendment and pursuant to the Subscription Agreement, dated as of June 12, 1998, between the Company and Shalom E. Lamm, the Class E Member has repaid in full the Elovic Debt and has repaid $900,000 of the $5,600,000 owed on the Arbor Debt. The Class E Member has advised the Company that no Interest Amount or Discount Amount was due in connection with such repayments on the Elovic Debt or Arbor Debt.

All capitalized terms used herein and not otherwise defined herein shall have the meanings assigned to them in the Operating Agreement.

1. The following definitions are added to Article 1.1.

"Bowden Date" means the date on which all closing conditions set forth in Article VIII of the Stock Purchase Agreement have been completely satisfied or waived.

"Stock Purchase Agreement" means the Stock Purchase Agreement by and among ALH Tennessee Acquisition, Inc., Donald L. Bowden, Sr. and Helen E. Bowden, and Bowden Building Corporation, dated January 20, 1999.

2. Article 3.2 is amended and restated in its entirety as follows:

    3.2  Additional Capital Contributions.

        (a)  Pursuant to the terms of that certain subscription agreement, dated as of June 12, 1998, between the Company and Shalom E. Lamm, as amended (the "Subscription Agreement"), prior to March 1, 1999, the Class E Member has repaid $2,000,000 in payment of that portion of the American Debt owed to Eugene Elovic (the "Elovic Debt") thereby satisfying the Elovic Debt in full and has also repaid $900,000 in partial payment of that portion of the American Debt owed to Arbor National Commercial Mortgage (the "Arbor Debt"). Pursuant to the Subscription Agreement, on or prior to July 1, 1999, the Class E Member shall contribute to the Company in one or more installments (either in cash for the satisfaction of the Arbor Debt or by direct satisfaction of the Arbor Debt on behalf of ALH) an amount of $2,000,000, in partial payment of the Arbor Debt. Pursuant to the Subscription Agreement, on or prior to November 1, 1999, the Class E Member shall contribute to the Company an amount of $2,700,000 in payment

48773

of the remainder of the Arbor Debt plus that portion of the Discount Amount relating to the Arbor Debt, if any, plus that portion of the Interest Amount relating to the Arbor Debt, if any, in exchange for an aggregate 100% Class E Membership Interest. Upon the occurrence of an event that gives rise to an obligation of the Company to make payment of any Interest Amount relating to the Arbor Debt, then the Class E Member shall make further contributions to the Company from time to time promptly following the occurrence of any such event in the amount of such Interest Amount. The Company, the Class A Members, the Class B Members, the Class C Member, the Class D Member and the Class E Member agree that, if the payments described above are made in cash, they (or such lessor amount as may be paid in full satisfaction of the Arbor Debt) will be used to satisfy the Arbor Debt on behalf of ALH. The $2,000,000 paid by the Class E Member to satisfy the Elovic Debt and the $900,000 paid prior to March 1, 1999 by the Class E Member in partial payment of the Arbor Debt together with the $4,700,000 that remains to be paid on the Arbor Debt constitute the "Class E Capital Contribution". The Class E Capital Contribution will not be deemed paid in full until the Class E Member makes all of the contributions described above, which contributions shall be unconditionally guaranteed by SELK, LLC ("SELK"), a Class B Member. In addition to any other remedies the Company may have as a result of the failure of the Class E Member to make the contributions described above, if SELK fails to perform under such guaranty, SELK's Capital Account and SELK's Unrecovered Class B Capital shall be reduced on a dollar-for-dollar basis by the amount that the Class E Member has failed to contribute pursuant to this Section 3.2. Once SELK's Capital Account is reduced to zero, SELK's Membership Interest will be terminated.

(b) On the Bowden Date, each of the Class A Members shall contribute to the Company the amount set forth opposite its name on Exhibit A to the Amendment under the caption entitled "Additional Capital Contribution", comprising $4,687,500 in the aggregate. These additional contributions will be used solely for the purpose of providing funds for the purchase by ALH Tennessee Acquisition, Inc. of Bowden Building Corporation on the terms set forth in the Stock Purchase Agreement.

(c) On the Bowden Date, each of the Class B Members shall contribute to the Company the amount set forth opposite its name on Exhibit B to the Amendment under the caption entitled "Additional Capital Contribution", comprising $2,812,500 in the aggregate. These additional contributions will be used solely for the purpose of providing funds for the purchase by ALH Tennessee Acquisition, Inc. of Bowden Building Corporation on the terms set forth in the Stock Purchase Agreement.

(d) The Company will give notice to the Class A Members and Class B Members five days prior to the occurrence of the Bowden Date. If the Bowden Date shall not have occurred prior to May 1, 1999, the obligations of the Class A Members and the Class B Members under paragraphs (b) and (c) above will be terminated and of no further force and effect. The Stock Purchase Agreement may not be altered or amended by the Company, nor may any conditions thereto be waived by the Company, without the prior approval of a majority of Class A Members.

- 2 -

48773

IN WITNESS WHEREOF, ALH and the members of ALH have duly executed this Amendment as of the date first above written.

ALH HOLDINGS LLC

By: _____

Name: ~Jason Lee~

Title: ~My member L. ALH Cy'bl LLC~

48773

**CLASS A MEMBERS**

SHAMROCK HOLDINGS OF CALIFORNIA, INC.

By: _____
Name: George Buehler
Title: *V.P.*

_____

Richard Dean Anderson

_____

The Richard Clayton Trust of 1992

By: _____
    Name:
    Title:

_____

David Corwin

_____

Daniel Corwin

_____

Clint Eastwood

_____

James Foley

**CLASS A MEMBERS**                    SHAMROCK HOLDINGS OF CALIFORNIA, INC.

By: _____
    Name:
    Title:

_____
Richard Dean Anderson


The Richard Clayton Trust of 1992

By: _____
    Name:
    Title:


_____
David Corwin


_____
Daniel Corwin


_____
Clint Eastwood


_____
James Foley

06/07/98  MON 14:00 FAX 310 277 1049   R.B.O.I.M. LLC                    ☒ 020

**CLASS A MEMBERS**                    SHAMROCK HOLDINGS OF CALIFORNIA, INC.

By: _____

      Name:

      Title:


_____

Richard Dean Anderson


The Richard Clayton Trust of 1992

By: _____

      Name:

      Title:


_____

David Corwin


_____

Daniel Corwin


_____

Clint Eastwood


_____

James Foley


48773

**CLASS A MEMBERS**                    SHAMROCK HOLDINGS OF CALIFORNIA, INC.

By: _____
    Name:
    Title:


_____

Richard Dean Anderson


The Richard Clayton Trust of 1992

By: _____
    Name:
    Title:

_____
David Corwin


_____

Daniel Corwin


_____

Clint Eastwood


_____

James Foley

06/07/99  MON 14:34 FAX 310 277 1049          K.B.O.T.M. LLC                              ☑010

**CLASS A MEMBERS**                    SHAMROCK HOLDINGS OF CALIFORNIA, INC.

                                       By: _____
                                            Name:
                                            Title:


                                       _____
                                       Richard Dean Anderson


                                       The Richard Clayton Trust of 1992

                                       By: _____
                                            Name:
                                            Title:


                                       _____
                                       David Corwin

                                       _____
                                       Daniel Corwin


                                       _____
                                       Clint Eastwood


                                       _____
                                       James Foley

**CLASS A MEMBERS**                    SHAMROCK HOLDINGS OF CALIFORNIA, INC.

By: _____
        Name:
        Title:


_____
Richard Dean Anderson


The Richard Clayton Trust of 1992

By: _____
        Name:
        Title:


_____
David Corwin


_____
Daniel Corwin

_____
Clint Eastwood.


_____
James Foley

**CLASS A MEMBERS**

SHAMROCK HOLDINGS OF CALIFORNIA, INC.

By: _____
      Name:
      Title:


_____
Richard Dean Anderson


The Richard Clayton Trust of 1992

By: _____
      Name:
      Title:


_____
David Corwin


_____
Daniel Corwin


_____
Clint Eastwood


_____
James Foley

The Fogelson Trust of 1992

By: _____
   Name:
   Title:


Ganz Family Trust of 1993

By: _____
   Name:
   Title:


_____

Jason Gedrick


_____

Gerren Keith


_____

**Bruce M. Ramer**


The Perry Family Trust

By: _____
   Name:
   Title:


48773

The Fogelson Trust of 1992  .

By: _____
     Name:
     Title:

Ganz Family Trust of 1993

By: _____
     Name:
     Title:

_____
Jason Gedrick

_____
Gerren Keith

_____
**Bruce M. Ramer**

The Perry Family Trust

By: _____
     Name:
     Title:

The Fogelson Trust of 1992

By: _____
     Name:
     Title:


Ganz Family Trust of 1993

By: _____
     Name:
     Title:

_____
Jason Gedrick


_____
Gerren Keith


_____
**Bruce M. Ramer**


The Perry Family Trust

By: _____
     Name:
     Title:

48773

The Fogelson Trust of 1992 .

By: _____
      Name:
      Title:


Ganz Family Trust of 1993

By: _____
      Name:
      Title:


_____
Jason Gedrick


_____
Gerren Keith


_____
**Bruce M. Ramer**


The Perry Family Trust

By: _____
      Name:
      Title:

The Fogelson Trust of 1992

By: _____
      Name:
      Title:


Ganz Family Trust of 1993

By: _____
      Name:
      Title:


_____
Jason Gedrick


_____
Gerren Keith

_____
Bruce M. Ramer


The Perry Family Trust

By: _____
      Name:
      Title:

45773

The Fogelson Trust of 1992 .

By: _____
     Name:
     Title:


Ganz Family Trust of 1993

By: _____
     Name:
     Title:


_____
Jason Gedrick


_____
Gerren Keith


_____
Bruce M. Ramer


The Perry Family Trust

By: _____
     Name:
     Title:

48773

Penn Trust of 1992

By: _____
        Name:
        Title:


_____
Ann Ramer


The Shallax Chemel Trust of 1994

By: _____
        Name:
        Title:


The Tarcher Family Trust

By: _____
        Name:
        Title:


_____
Christopher Thompson


_____
Gy Waldron

MON 14:00 FAX 310 271 1049     R.B.U.I.M. LLC     @015

Penn Trust of 1992

By: _____
    Name:
    Title:

_____
Ann Ramer


The Shalla Chemel Trust of 1994

By: _____ Trustee
    Name:
    Title:


The Tarcher Family Trust

By: _____
    Name:
    Title:


_____
Christopher Thompson


_____
Gy Waldron

48773

08/04/99  TUE 10:59 FAX 310 277 1049          K.B.O.T.M. LLC                                    025



Christopher Thompson

06/01/99  MON 14:36 FAX 310 277 1049     K.B.O.T.M. LLC                                    ☒019

Penn Trust of 1992

By: _____
     Name:
     Title:


_____

Ann Ramer


The Shallas Chemel Trust of 1994

By: _____,  Trustee
     Name:
     Title:


The Tarcher Family Trust

By: _____
     Name:
     Title:


_____

Christopher Thompson


_____

Guy Waldron


48773

Yorkin Family Limited Partnership

By: _____
    Name:
    Title:

The Roy and Judy Kaufman Living Trust

By: _____
    Name:
    Title:

Bernstein Trust of 1989

By: _____
    Name:
    Title:

_____
David Bernstein

_____
Lori Bernstein

_____
Bunny Wasser

_____
Andrew Wasser

_____
Noah Fogelson

48773

06/07/99 MON 14:36 FAX 310 277 1049    K.B.O.T.M. LLC    ☑026
MAR. 2. 1999  5:43PM    FRIED FRANK ET. AL.    NO. 2655  P. 9/21

Yorkin Family Limited Partnership

By: _____
    Name:
    Title:


The Roy and Judy Kaufman Living Trust

By: _____
    Name:
    Title:


Bernstein Trust of 1989

By: _____
    Name:
    Title:


_____
David Bernstein


_____
Lori Bernstein


_____
Bunny Wasser

_____
Andrew Wasser


_____
Noah Fogelson


48773

08/01/99   MON 14:57 FAX 310 277 1049        K.B.O.T.M. LLC                                    ☒027

Yorkin Family Limited Partnership

By: _____
        Name:
        Title:


The Roy and Judy Kaufman Living Trust

By: _____
        Name:
        Title:


Bernstein Trust of 1989

By: _____
        Name:
        Title:

_____
David Bernstein


_____
Lori Bernstein


_____
Bunny Wasser


_____
Andrew Wasser


_____
Noah Fogelson

48773

K.B.O.T.K. LLC @002

Yorkin Family Limited Partnership

By: _____
    Name:
    Title:


The Roy and Judy Kaufman Living Trust

By: _____
    Name:
    Title:


Bernstein Trust of 1989

By: _____
    Name:
    Title:


_____
David Bernstein

_____
Lori Bernstein


_____
Bunny Wasser


_____
Andrew Wasser


_____
Noah Fogelson

48773

[ RECEIVED 06/10 13:13 1999 AT 2846010      PAGE   2 (PRINTED PAGE   2) ]
   06/10/99  THU 13:10 FAX 310 277 1049      K.B.O.T.M. LLC                     @002

Yorkin Family Limited Partnership

By: _____
    Name:
    Title:


The Roy and Judy Kaufman Living Trust

By: _____
    Name:
    Title:


Bernstein Trust of 1989

By: _____
    Name:
    Title:


_____
David Bernstein


_____
Lori Bernstein

_____
Bunny Wasser


_____
Andrew Wasser

_____
Noah Fogelson

48773

_____
Adam Fogelson


**Harold and Ruth Burden Trust**

By: _____
    Name:
    Title:


_____
Harold Brown


_____
Ms. Hermione Brown


_____
Tom R. Camp, Esq.


**Hirshan Family Trust**

By: _____
    Name:
    Title:


**Katz Family Trust**

By: _____
    Name:
    Title:


48773

Adam Fogelson


Harold and Ruth Burden Trust

By: _____
     Name:
     Title:


Harold Brown


Ms. Hermione Brown


Tom R. Camp, Esq.


Hirshan Family Trust


By: _____
     Name:
     Title:


Katz Family Trust


By: _____
     Name:
     Title:


48773

06/07/99 MON 14:35 FAX 310 277 1049     K.B.O.T.M. LLC                    @016

Adam Fogelson

_____

Harold and Ruth Burden Trust

By: _____
    Name:
    Title:

_____

Harold Brown

_____

Ms. Hermione Brown

_____

Tom R. Camp, Esq.

Hirshan Family Trust

By: _____
    Name:
    Title:

Katz Family Trust

By: _____
    Name:
    Title:

48773

Stephen M. Miller, M.D.

Mr. Ira Shulman

Mr. Alfred Stern

Dennis M. Wasser, Esq.

48773

06/07/99  MON 14:34 FAX 310 277 1049          K.B.O.T.M. LLC                                    ☑009

_____

Stephen M. Miller, M.D.


_____

Ms. Ira Shulman


_____

Mr. Alfred Stern


_____

Dennis M. Wasser, Esq.

48773

_____

Stephen M. Miller, M.D.


_____

Ms. Ira Shulman


_____
Mr. Alfred Stern


_____

Dennis M. Wasser, Esq.

48773

_____

Stephen M. Miller, M.D.


_____

Ms. Ira Shulman


_____

Mr. Alfred Stern


_____

Dennis M. Wasser, Esq.

**CLASS B MEMBERS**

A. Arenson Holdings, Ltd.

By: _____
      Name:
      Title:

D.A. Gardens, Ltd

By: _____
      Name:
      Title:

**J12ALH, Associates LLC**

By: _____
      Name:
      Title:

**SELK, LLC**

By: _____
      Name:
      Title:

**Laurel Equity Group**

By: _____
      Name:
      Title:

**CLASS B MEMBERS**    A. Arenson Holdings, Ltd.

By: _____
     Name:
     Title:

D.A. Gardens, Ltd.

By: _____
     Name:
     Title:

J12ALH, Associates LLC

By: _____
     Name: Michael G. Jesselson
     Title: Manager

SELK, LLC

By: _____
     Name:
     Title:

Laurel Equity Group

By: _____
     Name:
     Title:

48773

**CLASS B MEMBERS**

A. Arenson Holdings, Ltd.

By: _____
     Name:
     Title:

D.A. Gardens, Ltd.

By: _____
     Name:
     Title:

J12ALH, Associates LLC

By: _____
     Name:
     Title:

SELK, LLC

By: _____
     Name:
     Title:

Laurel Equity Group

By: _____
     Name:
     Title:

48773

41773

**CLASS B MEMBERS**

A. Arenson Holdings, Ltd.

By: _____
Name:
Title:

D.A. Gardens, Ltd.

By: _____
Name:
Title:

JIZALH, Associates LLC

By: _____
Name:
Title:

SELK, LLC

By: _____
Name:
Title:

Laurel Equity Group

By: _____
Name: MENASHE FRANKEL
Title: Presid-t

**CLASS C MEMBER**

LANDMARK EQUITY INVESTORS LLC

By: _____
    Name: GEROLD DROGIN
    Title:

48:73

**CLASS D MEMBER**

LION ALH CAPITAL LLC

By: _____

Name: Jasmin Zin

Title: My member

48773

**CLASS E MEMBER**

Shalom E. Dahm

EXHIBIT A TO AMENDMENT

Class A Members

| Names and Addresses | Additional Capital Contribution |
|---|---|
| Shamrock Holdings of California, Inc. 4444 Lakeside Drive Burbank, CA 91505 | $2,941,406.25 |
| Richard Dean Anderson 2049 Century Park East Suit 2500 Los Angeles, CA 90087 | $46,875.00 |
| The Richard Clayton Trust of 1992 2049 Century Park East Suite 2500 Los Angeles, CA 90087 | $23,437.50 |
| David Corwin 2049 Century Park East Suite 2500 Los Angeles, CA 90087 | $23,437.50 |
| Daniel Corwin 2049 Century Park East Suite 2500 Los Angeles, CA 90087 | $23,437.50 |
| Clint Eastwood 2049 Century Park East Suite 2500 Los Angeles, CA 90087 | $351,562.50 |
| James Foley 2049 Century Park East Suite 2500 Los Angeles, CA 90087 | $23,437.50 |

48773

| | |
|---|---|
| The Fogelson Trust of 1992<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $46,875.00 |
| Ganz Family Trust<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $35,156.25 |
| Jason Gedrick<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $23,437.50 |
| Gerren Keith<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $35,156.25 |
| Bruce Ramer<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $11,718.75 |
| The Perry Family Trust<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $35,156.25 |
| Penn Trust of 1992<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $46,875.00 |
| Ann Ramer<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $35,156.25 |
| The Shallet Chemel Trust of 1994<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA 90087 | $35,156.25 |

48773

| | |
|---|---|
| The Tarcher Family Trust<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA  90087 | $46,875.00 |
| Christopher Thompson<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA  90087 | $35,156.25 |
| Gy Waldron<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA  90087 | $35,156.25 |
| Yorkin Family Limited Partnership<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA  90087 | $351,562.50 |
| The Roy and Judi Kaufman Living Trust<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA  90087 | $46,875.00 |
| Bernstein Trust of 1989<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA  90087 | $46,875.00 |
| David Bernstein<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA  90087 | $11,718.75 |
| Lori Bernstein<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA  90087 | $11,718.75 |
| Bunny Wasser<br>2049 Century Park East<br>Suite 2500<br>Los Angeles, CA  90087 | $11,718.75 |

Andrew Wasser                                      $11,718.75
2049 Century Park East
Suite 2500
Los Angeles, CA  90087

Noah Fogelson                                      $11,718.75
2049 Century Park East
Suite 2500
Los Angeles, CA  90087

Adam Fogelson                                      $11,718.75
2049 Century Park East
Suite 2500
Los Angeles, CA  90087

Harold and Ruth Borden Trust                       $35,156.25
Mr. & Mrs. Harold Borden
10580 Wilshire Boulevard, Unit 73
Los Angeles, CA  90024

Mr. Harold Brown                                   $70,312.50
Gang, Tyre, Ramer & Brown, Inc.
132 S. Rodeo Drive
Beverly Hills, CA  90212

Ms. Hermione Brown                                 $23,437.50
Gang, Tyre, Ramer & Brown, Inc.
132 S. Rodeo Drive
Beverly Hills, CA  90212

Tom R. Camp, Esq.                                  $23,437.50
Gang, Tyre, Ramer & Brown, Inc.
132 S. Rodeo Drive
Beverly Hills, CA  90212

Hirshan Family Trust                               $35,156.25
Mr. Leonard Hirshan
William Morris Agency
151 El Camino Drive
Beverly Hills, CA  90212

Katz Family Trust                                  $23,437.50
Dr. & Mrs. Albert M. Katz
9607 Wendover Drive
Beverly Hills, CA  90210

48773

Stephen M. Miller, M.D.                    $23,437.50
10594 N. 65th Street
Longmont, CO  80503

Mr. Ira Shulman                            $23,437.50
48 Gladstone Road
New Rochelle, NY  10804

Mr. Alfred Stern                           $11,718.75
Schroders
10877 Wilshire Boulevard
Suite 500
Los Angeles, CA  90024

Dennis M. Wasser, Esq.                     $46,875.00
Wasser, Rosenson & Carter
2029 Century Park East
Suite 1200
Los Angeles, CA  90067

48773

EXHIBIT B TO AMENDMENT

<u>Class B Members</u>

| <u>Names and Addresses</u> | <u>Additional Capital Contribution</u> |
|---|---|
| A. Arenson Holdings, Ltd.<br>5 Hashita Street<br>P.O. Box 3566<br>Caesarea, Israel | $468,750<br>(including contribution by<br>D.A. Gardens, Ltd.) |
| D.A. Gardens, Ltd.<br>c/o Fimanor AG<br>Seefeldstrasse 45<br>Zurich 8008 Switzerland | $468,750<br>(including contribution by<br>A. Arenson Holdings, Ltd.) |
| J12ALH, Associates LLC<br>Suite 4101<br>1301 Avenue of the Americas<br>New York, New York  10019 | $468,750 |
| SELK, LLC<br>c/o Shalom E. Lamm<br>489 Fifth Avenue<br>New York, New York  10017 | $937,500 |
| Laurel Equity Group<br>c/o Suite 501<br>Hovenierstraat 2<br>Antwerp, Belgium | $937,500 |

48773