# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05-CV-256-H

| | |
|---|---|
| A. ARENSON HOLDINGS, LTD. , D. A. GARDENS, LTD., J12ALH ASSOCIATES SELK, LLC, and LAUREL EQUITY GROUP, LLC, <br><br>　　　　Plaintiffs <br><br>　　　v. <br><br>SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER, and BRUCE J. STEIN, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiffs hereby give notice that Tracy L. Eggleston, North Carolina State Bar No. 18471, of the law firm Cozen O'Connor, hereby enters her appearance in the case, thereby joining Russ A. Brinson of her firm, and requests that all future correspondence to this firm in this matter effective this date include Tracy L. Eggleston.

Respectfully submitted this 13th day of October, 2005.

　　　　　　　　　　　　　　　　　s/ Tracy L. Eggleston
　　　　　　　　　　　　　　　　　NC Bar No.: 18471
　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　Cozen O'Connor
　　　　　　　　　　　　　　　　　One Wachovia Center, Suite 2100
　　　　　　　　　　　　　　　　　301 South College Street
　　　　　　　　　　　　　　　　　Charlotte, North Carolina  28202
　　　　　　　　　　　　　　　　　Telephone: (704) 376-3400
　　　　　　　　　　　　　　　　　Fax:  704-334-3351
　　　　　　　　　　　　　　　　　TEggleston@cozen.com

Of Counsel:
THOMAS M. WOOD, IV
Neuberger, Quinn, Gielen, Rubin & Gibber
One South Street, 27th Floor
Baltimore, MD 21202-3282
Telephone: (410) 332-8523
Fax: (410) 332-8550
tmw@nqgrg.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance of Counsel was served on defendants this 13th day of October, 2005, by e-mail through electronic filing and mailing a true and accurate copy to counsel of record addressed as follows:

> J. Donald Cowan, Jr.
> N.C. Bar No.: 0968
> Smith Moore, LLP
> Post Office Box 21927
> 300 N. Greene Street, Suite 1400
> Greensboro, North Carolina  27401
> Telephone: (336) 378-5200
> Fax: (336) 378-5400
> Don.Cowan@smithmoorelaw.com

> Pamela Jarvis
> Gregory P. Joseph Law Offices, LLC
> 805 Third Avenue, 31[st] Floor
> New York, NY  10022
> Telephone: (212) 407-1200
> Fax: (212) 407-1299
> pjarvis@josephnyc.com

s/ Tracy L. Eggleston

CHARLOTTE\104671\1 157347.000