# EXHIBIT C

**From:** George Buchler
**To:** 'avie@arenson.co.il'
**Sent:** Thursday, March 27, 2003 9:53 PM
**Subject:** ALH

First, let me please express my sincere condolences on the passing of your brother. My wife and I have made a contribution in his name at our synagogue.

I wanted to give you a quick update on the progress at selling ABI. We now have two written letters of intent - Standard Pacific and Toll Brothers have both visited the company and put in offers. The SP offer is for $17.5MM for the equity - the Toll Brothers deal is for $13MM plus a $7MM earnout over three years. Centex and MDC have also expressed interest and may also submit offers. All of these offers will be countered and we believe there is some upward movement possible. ABI continues to perform well and the Jacksonville market is apparently being looked at by all of the major builders who do not have a major presence in the market.

When Gene and I last met with you and Isaac, there was some indication from Isaac that he could go to $5MM for the "A" shareholders interest. We don't know if you wish to continue having a dialogue or negotiation on this issue, or whether your group is no longer motivated to move in the direction of owning all of ALH. I believe that we could also move off of our $12MM price and perhaps meet somewhere in the middle with you and your fellow "B" investors. If you'd like to chat about this, I'd be happy to do so. I'm available most of the rest of today and then for a few hours early tomorrow morning. I am also in the office all of next week as well.

As events unfold at ABI, I will continue to keep you informed.