# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### WESTERN DISTRICT OF NORTH CAROLINA
401 W. Trade St.
Charlotte, NC 28202

**Frank G. Johns**
*Clerk*

**Terry Leitner**
*Chief Deputy*

Telephone - (704) 350-7400
FAX - (704) 344-6703

January 25, 2006



Mr. Peter T. Dalleo, Clerk
United States District Court
4209 J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519

Dear Clerk:

    Re: Our case no. 3:05-cv-256-MU, Arenson Holdings, et al. v. Shamrock Holdings et al.
        Your case no. 04-1339-SLR

    This case has been transferred to your district for consolidation with your case 04-1339-SLR. Enclosed please find a certified copy of the transfer order and docket sheet. Should you need any other documents, you can logon to PACER to retrieve them.

    If you have any questions, please do not hesitate to contact me. Thank you.

Sincerely,

Cathy MacEwan
Deputy Clerk