IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| A ARENSON HOLDINGS, LTD.; D.A. GARDENS, LTD.; J12ALH ASSOCIATES; SELK, LLC; and LAUREL EQUITY GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SHAMROCK HOLDINGS OF CALIFORNIA, INC.; SHAMROCK CAPITAL ADVISORS, INC.; EUGENE I. KRIEGER; GEORGE J. BUCHLER and BRUCE J. STEIN,<br><br>Defendants. | C.A. No. 06-062-SLR |

## ENTRY OF APPEARANCE

TO:    Clerk of the Court

Kindly enter the appearance of Sean J. Bellew, Esquire and David A. Felice, Esquire of the firm of Cozen O'Connor as counsel for Defendants. Defendants expressly reserve the right to answer or otherwise respond to the Complaint as required by the Court's rules.

Dated: February 28, 2006

*David A. Felice*
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013