IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN,<br><br>Plaintiffs,<br>v.<br><br>AVIE ARENSON, SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD AND D.A. GARDENS, LTD,<br><br>Defendants. | Civil Action No. 04-1339-SLR |
| A. ARENSON HOLDINGS, LTD., D.A. GARDENS, LTD., J12ALH ASSOCIATES, SELK, LLC, LAUREL EQUITY GROUP, LLC,<br><br>Plaintiffs,<br>v.<br><br>SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN,<br><br>Defendants. | Civil Action No. 06-62-SLR |

**MOTION FOR JUDGMENT ON THE PLEADINGS
AND DISMISSAL OF THE COUNTERCLAIMS**

Plaintiffs and Counterclaim Defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, and Bruce J. Stein, and Third-Party Defendant ALH Holdings, LLC, hereby move the Court for judgment on the pleadings and for dismissal of the counterclaims. The grounds for this motion are set forth in the accompanying brief.

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ S. Mark Hurd*

                        A. Gilchrist Sparks, III (#467)
                        S. Mark Hurd (#3297)
                        Samuel T. Hirzel (#4415)
                        1201 N. Market Street
                        Wilmington, DE 19899
                        302-658-9200
                           *Attorneys for Plaintiffs and Counterclaim*
                           *Defendants and Third-Party Defendant*

OF COUNSEL:

Gregory P. Joseph Law Offices LLC
Gregory P. Joseph
Pamela Jarvis
805 Third Avenue, 31st Floor
New York, NY 10022
(212) 407-1200

February 28, 2006

CERTIFICATE OF SERVICE

I, S. Mark Hurd, hereby certify that on February 28th, 2006 I electronically filed the MOTION FOR JUDGMENT ON THE PLEADINGS AND DISMISSAL OF COUNTERCLAIMS which will send notification of such filing(s) to the following:

Sean J. Bellew, Esq.
David A. Felice, Esq.
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

_____
S. Mark Hurd (#3297)