IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN, | ) ) ) ) ) ) | |
| Plaintiffs, v. | ) ) ) | Civil Action No.: 04-1339-SLR |
| AVIE ARENSON, SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD AND D.A. GARDENS, LTD, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| A. ARENSON HOLDINGS, LTD., D.A. GARDENS, LTD., J12ALH ASSOCIATES, SELK, LLC, LAUREL EQUITY GROUP, LLC, | ) ) ) ) ) | |
| Plaintiffs, v. | ) ) ) | Civil Action No. 06-62-SLR |
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND
ORDER OF CONSOLIDATION**

IT IS HEREBY STIPULATED and agreed among the undersigned parties, subject to approval of the Court, as follows:

1. The above-captioned actions are hereby consolidated for all purposes.

2. All papers filed hereafter shall be filed only in Civil Action No. 04-1339-SLR. All papers filed in Civil Action No. 06-62-SLR, including the Amended Answer and Counterclaim filed and served on November 29, 2005, shall be deemed part of the record in the consolidated action.

3. The caption of the consolidated action shall be as follows:

| | |
|---|---|
| IN RE ALH HOLDINGS, LLC | ) ) Consol. C.A. No. 04-1339-SLR ) ) |

4. The scheduling order entered in Civil Action No. 04-1339-SLR shall govern the consolidated action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ S. Mark Hurd
A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
Wilmington, DE 19899
302-658-9200
  *Attorneys for Plaintiffs*

OF COUNSEL:

Gregory P. Joseph Law Offices LLC
Gregory P. Joseph
Pamela Jarvis
805 Third Avenue, 31st Floor
New York, NY 10022
(212) 407-1200

2

                        COZEN O'CONNOR

OF COUNSEL:

                        /s/ *Sean J. Bellew*
                        Sean J. Bellew (#4072)
                        David A. Felice (#4090)
                        1201 N. Market Street
                        Wilmington, DE  19899
                        (302) 295-2000
                           *Attorneys for Defendants*

Neuberger, Quinn, Gielen, Rubin &
  Gibber, P.A.
Thomas M. Wood, IV
One South Street, 27th Floor
Baltimore, MD 21202
(410) 332-8550

SO ORDERED this \_\_\_\_ day of _____, 2006.

                                                                    Chief Judge Sue L. Robinson